**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2184**

TERRY C. BURRIS,

                    Plaintiff – Appellant,

          v.

MICHAEL J. ASTRUE,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Robert J. Conrad, Jr., Chief District Judge. (3:11-cv-00072-RJC-DSC)

Submitted:  March 15, 2012          Decided:  March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry C. Burris, Appellant Pro Se. Karen Beth Burzycki, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry C. Burris appeals the district court's order dismissing his complaint for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burris v. Astrue, No. 3:11-cv-00072-RJC-DSC (W.D.N.C. Sept. 28, 2011); see Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED